UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-34-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| $66,899.00 IN U.S. CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

The court has reviewed Sami Nagi's motion to dismiss under the governing standard. The court DENIES Nagi's motion to dismiss [D.E. 11].

SO ORDERED. This 21 day of September, 2022.

JAMES C. DEVER III
United States District Judge