IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-34-D

UNITED STATES OF AMERICA,           )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )
                                    )
$66,899.00 IN U.S. CURRENCY,        )
                                    )
        Defendant.                  )

This matter comes before the Court on the Government's Motion to seal the

exhibit [D.E. 42, Exhibit 1] attached to the Government's memorandum in support of

Motion for Sanctions. For good cause having been shown, the Government's motion

is GRANTED. The Clerk of Court is DIRECTED to seal the exhibit [D.E. 42, Exhibit

1] attached to the Government's memorandum in support of Motion for Sanctions.

SO ORDERED. This 13 day of May, 2024.

_____
JAMES C. DEVER III
United States District Judge