IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:22-CV-34-D

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff | ) |
| v. | ) |
| $66,899.00 IN U.S. CURRENCY, | ) |
| Defendant, | ) |
| and | ) |
| SAMI NAGI, | ) |
| Claimant. | ) |

## CONSENT ORDER

By signing below, the undersigned parties inform the Court that they have settled the litigation in this matter and consent to the entry of this Order. It is, therefore,

ORDERED that $59,399.00 of the subject currency seized is forfeited to the United States of America pursuant to 18 U.S.C. § 981(a)(1)(C) for disposition according to law;

ORDERED that the United States shall return to the Claimant $7,500.00 of the subject currency seized, less any debt owed to the United States, any agency of the United States, or any other debt in which the United States is authorized to

1

collect. Payment shall be made payable to Claimant Sami Nagi via electronic funds transfer by U.S. Customs and Border Protection according to the information provided on a properly executed SF 3881 ACH Vendor Request Form;

ORDERED that each party shall bear its own attorneys' fees, costs and expenses in this litigation.

Upon the entry of this Order, the Clerk of Court is DIRECTED to close this case.

SO ORDERED, this 20 day of June, 2024.

_____
JAMES C. DEVER III
United States District Judge

WE ASK FOR THIS:

MICHAEL F. EASLEY, JR.
United States Attorney

BY: _____ FOR
MATTHEW L. FESAK
Assistant United States Attorney
Civil Division

_____
SAMI NAGI
Claimant

_____
WILLIAM C. PRUDEN
Attorney for the Claimant

2